# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

February 9, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Akbar*, No. 20 Cr. 563 (JPO)

Dear Judge Oetken:

I write to respectfully request an order modifying the conditions of Kevin Lewis's pretrial release. The proposed modifications would (1) lift the curfew and location monitoring conditions and (2) permit Mr. Lewis to travel to Fort Lauderdale, Florida, from March 14 to March 18, 2021.

The purpose of the trip is to celebrate the birthday of Mr. Lewis's mother. Mr. Lewis would travel by air and stay at a hotel in Fort Lauderdale with immediate family. Mr. Lewis will make his exact location known to Pretrial Services.

I have conferred with Joshua Rothman, Pretrial Services Officer, who has no objection to this application. I have also conferred with counsel for the government, who defers to Pretrial Services. The Court's considerate attention to this matter is greatly appreciated.

Respectfully submitted,

Ezra Spilke

cc:    All counsel of record by ECF

Granted.
So ordered:  2/10/2021

J. PAUL OETKEN
United States District Judge