Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

May 13, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Akbar et al.*, No. 20 Cr. 563 (JPO)
       Client: Kevin Lewis

Dear Judge Oetken:

I represent Kevin Lewis in this matter and write to respectfully request permission to have counsel for Devon Smith appear on my behalf at the May 20 pretrial conference. I have a potential scheduling conflict in that I am scheduled to appear before Chief Judge Swain for an in-person sentencing hearing on May 20 at 2:00 and am uncertain whether the hearing will have concluded by the time the conference before your Honor begins at 3:00.

I will join by telephone as soon as I am able to. However, in case I am unable to appear for all or part of the conference, I respectfully request permission to have Valerie Gotlib, counsel for Devon Smith, appear on my behalf.

I note that the Court has notified counsel to call the conference line with their clients conferenced in. Because Ms. Gotlib will already have her client on the phone and adding a fourth participant would be unwieldy, we also ask permission to allow Mr. Lewis to call the conference directly or through my paralegal. I have discussed this request with Mr. Lewis, and he understands it and consents to Ms. Gotlib's limited involvement.

Respectfully submitted,

Ezra Spilke

Granted.
So ordered.
May 14, 2021

cc:    All counsel of record by ECF

J. PAUL OETKEN
United States District Judge