# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

July 5, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Akbar*, No. 20 Cr. 563 (JPO)

Dear Judge Oetken:

    I write to respectfully request an order temporarily modifying the conditions of Kevin Lewis's pretrial release. The proposed modifications would permit Mr. Lewis to travel to Orlando, Florida, to visit Universal Studios with his parents and sister from July 19-24, 2021.

    Mr. Lewis would travel by air and stay at a short-term vacation rental in Orlando with his family. Mr. Lewis will make his exact location known to Pretrial Services.

    I have conferred with Francesca Miller, Pretrial Services Officer, who has no objection to this application. I have also conferred with counsel for the government, who defers to Pretrial Services. The Court's considerate attention to this matter is greatly appreciated.

Respectfully submitted,

Ezra Spilke

cc: All counsel of record by ECF

Granted.
So ordered.
7/6/2021

_____
J. PAUL OETKEN
United States District Judge