

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2021

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Ahmad Akbar et al.</u>,
             20 Cr. 563 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this joint letter motion to request that the Court alter the pretrial motions schedule in the above-captioned case, which set the following schedule: the defendants' motions were due July 16, 2021; the Government's response to any motions are due August 13, 2021; and the defendants' replies are due August 27, 2021. On July 16, 2021, defendant Kevin Lewis filed a motion to suppress physical evidence and statements. (Dkts. 189-91).

      Counsel for defendant Kevin Lewis and the Government are actively engaging in discussions regarding a potential pretrial resolution and the defendant is reviewing newly acquired discovery produced by the Government on August 5, 2021, which may bear on his pending motion. Accordingly, the parties respectfully request an adjournment of the above-listed deadlines, as follows: defendant Kevin Lewis's amended motion, if any, in light of the newly acquired discovery, is due September 7, 2021; the Government's response to the motion or amended motion is due September 21, 2021; and defendant Kevin Lewis's reply is due October 5, 2021.

| | |
|---|---|
| The motion schedule proposed herein as to defendant Kevin Lewis is hereby granted.<br>So ordered.<br>8/9/2021 | Respectfully submitted,<br><br>AUDREY STRAUSS<br>United States Attorney for the<br>Southern District of New York<br><br>By:     /s/<br>     Emily A. Johnson<br>     Kaylan E. Lasky<br>     Ashley C. Nicolas<br>     Assistant United States Attorneys<br>     (212) 637-2409 / 2315 / 2467 |

_____
J. PAUL OETKEN
United States District Judge