# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

October 4, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Akbar*, No. 20 Cr. 563 (JPO)

Dear Judge Oetken:

    I write to respectfully request a thirty-day extension of the briefing schedule for Kevin Lewis's motion to suppress items recovered as a result of an illegal *Terry* stop. Mr. Lewis's motion and supporting documents were filed on July 16, 2021.

    The Court previously granted Mr. Lewis's consent motion to extend the deadline for a supplemental brief in light of new discovery. Since the filing of Mr. Lewis's motion, the parties have engaged in several rounds of fact-intensive discussions in furtherance of a pretrial resolution. After a brief interruption,[1] those discussions continue.

    Accordingly, Mr. Lewis respectfully requests an adjournment of the above-referenced deadlines as follows: Mr. Lewis's amended/supplemental brief, if any, in light of the newly acquired discovery, is due November 5, 2021; the government's response to the motion is due November 19, 2021; and defendant Kevin Lewis's reply is due November 26, 2021.

Respectfully submitted,

Ezra Spilke

cc: All counsel of record by ECF

Granted.
So ordered.
 October 6, 2021

J. PAUL OETKEN
United States District Judge

---

[1] The initial request for an extension was filed on September 3. On September 5, my mother passed away, taking me away from the office for several days.