Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

May 23, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Akbar*, No. 20 Cr. 563 (JPO)

Dear Judge Oetken:

    I write to respectfully request an order temporarily modifying the conditions of Kevin Lewis's pretrial release. The proposed modifications would permit Mr. Lewis to travel to Puerto Rico with his parents and sister from May 27-30, 2022, to celebrate his sister's graduation. Mr. Lewis will make his exact location known to Pretrial Services.

    I have conferred with Francesca Miller, Pretrial Services Officer, who has no objection to this application. I have also conferred with counsel for the government, who defers to Pretrial Services. The Court's considerate attention to this matter is greatly appreciated.

                                      Respectfully submitted,

                                      Ezra Spilke

cc: All counsel of record by ECF

> Granted.
> So ordered.
> 5/23/2022

_____
J. PAUL OETKEN
United States District Judge