## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

September 9, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Akbar*, No. 20 Cr. 563 (JPO)

Dear Judge Oetken:

On behalf of Kevin Lewis, I write to request an order directing Pretrial Services to return Mr. Lewis's passport by mail to his address on file with Pretrial once he surrenders. On June 29, 2022, your Honor sentenced Mr. Lewis to concurrent terms of imprisonment of twelve months and one day on each count and directed Mr. Lewis to surrender to his designated institution on September 19, 2022. Because Mr. Lewis is no longer on pretrial supervision, Mr. Lewis requests the return of passport to him or his designee. Pretrial Services Officer Francesca Tessier-Miller has notified me that mailing the passport to Mr. Lewis's residence once he surrenders is an acceptable method of returning it.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF
      Francesca Tessier-Miller, by email
      Kevin Lewis, by email

Granted.
Pretrial Services is hereby directed to release custody of Mr. Lewis' passport and return it to him or his designated representative.
  So ordered.
  9/12/2022

_____
J. PAUL OETKEN
United States District Judge