## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

Via ECF

April 16, 2026

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:**   *United States v. Kevin Lewis*, **No. 20 Cr. 563 (S.D.N.Y.)**

Dear Judge Oetken:

I respectfully write again to supplement the information presented yesterday. The Probation Office has provided further clarification to me of their reasons for not supporting Mr. Lewis's travel request. Specifically, Probation informed me that it objects to the request "not only due to the amount of restitution owed but due to the fact that prior to making payments on March 27, 2026, no payments were made toward the restitution since November 11, 2024. Mr. Lewis also failed to respond to Financial Specialist Cotto regarding establishing a payment plan."

Nonetheless, I submit that Mr. Lewis's request should be granted because he is at the very end of his term of supervision (May 7), he has made a year's worth of back payments towards restitution, he is on Probation's Low Intensity case load, and his companions have booked their travel based on their availability.

Respectfully submitted,

Ezra Spilke

Permission to travel to Turks and Caicos from April 23, 2026, to April 27, 2026 is hereby granted. The defendant shall provide the probation department with his itinerary and any other information regarding the trip.
So ordered:  4/17/2026

_____
J. PAUL OETKEN
United States District Judge